# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | |
|---|---|
| United States of America <br> v. <br> Juan Jose Gomez-Sanchez <br> Date of Original Judgment: August 31, 2018 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | Case No: 5:17-CR-00066-001 <br> USM No: 00615-120 <br> Timothy R. Saviello <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under Amendment 821 for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   108   months **is reduced to**   87 months   .

Gomez-Sanchez was originally sentenced on August 29, 2018, to a term of 108 months imprisonment to run consecutively with any term of imprisonment imposed in Case Number 17MCS-0006 and a three-year term of supervised release, for the offense of Possession with Intent to Distribute Methamphetamine. His total offense level was determined to be 31 with a criminal history category I, which yielded an advisory sentencing range of 108-135 months. The Court also imposed the $100 mandatory assessment. He began his imprisonment sentence on March 9, 2020. He presently has a projected release date of November 1, 2026.

Based on Part B, subchapter 1 of Amendment 821 of the United States Sentencing Guidelines, the defendant is eligible for a two-level reduction under the newly created provision found at USSG § 4C1.1(a) for certain zero-point offenders. Such a reduction would result in a total offense level 29 with a criminal history category I, which yields an advisory sentencing range of 87-108 months.

The Government opined that the defendant is eligible for a reduction and recommended a custodial sentence at the bottom of the newly calculated advisory guideline range, and the Court concurs. The Court imposes a sentence of 87 months.

Except as otherwise provided, all provisions of the judgment dated   August 31, 2018   shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   January 29, 2024                              S/ Marc T. Treadwell
                                                                                  *Judge's signature*

Effective Date:   February 1, 2024                          Marc T. Treadwell, Chief U.S. District Judge
               *(if different from order date)*                  *Printed name and title*